UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN NOVOTNY, <br>             Plaintiff, <br> v. <br> OUTBACK STEAKHOUSE OF FLORIDA, LLC, <br>            Defendants. | Case No. 2:16-cv-02716-RFB-NJK <br><br> ORDER <br><br> (Docket No. 25) |

Pending before the Court is Plaintiff's motion for leave to amend. Docket No. 25. Concurrently herewith, the Court is issuing an order resolving Plaintiff's motion to extend. As that order bears on the motion for leave to amend, it is hereby **DENIED** without prejudice.

    IT IS SO ORDERED.

    DATED: July 21, 2017

                                                      _____ <br>
                                                      NANCY J. KOPPE <br>
                                                      United States Magistrate Judge