MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Attorneys for Outback Steakhouse of Florida, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN NOVOTNY, an Individual, | Case No.: 2:16-cv-2716 |
| Plaintiff, | **Stipulation to Dismiss** |
| vs. | |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC d/b/a OUTBACK STEAKHOUSE, a Florida Limited Liability Company; DOE EMPLOYEE I, an Individual; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive, | |
| Defendants. | |

The parties stipulate to dismiss 2:16-cv-2716 with prejudice, each party to bear its own fees and costs. No trial date had been scheduled.

| Dated this 2nd day of August, 2017 | Dated this 2nd day of August, 2017 |
|---|---|
| CLAGGETT & SYKES LAW FIRM | WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP |
| */s/ Jennifer Morales* | */s/ Michael P. Lowry* |
| Jennifer Morales, Esq.<br>Nevada Bar No. 8829<br>4101 Meadows Lane, Suite 100<br>Las Vegas, NV 89107<br>Attorneys for Robin Novotny | Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>300 S. 4th St., 11th Floor<br>Las Vegas, NV 89101<br>Attorneys for Outback Steakhouse of Florida, LLC |

IT IS SO ORDERED this __4th__ day of _____August_____, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge